IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN ALEXANDER                                                                                         PLAINTIFF

v.                                         No. 1:14CV00148 JLH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                              DEFENDANT

**ORDER OF DISMISSAL**

The joint motion to dismiss is GRANTED. Document #7. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE